**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BRENEDEN ROBERT KING                                                                                       PLAINTIFF

v.                                          CASE NO. 4:09CV00472 JLH-BD

POOLEY, *et al.*                                                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition by Magistrate Judge Beth Deere, along with the timely objections. After a *de novo* review, the Court finds that the Proposed Findings and Recommended Disposition should be adopted in their entirety as the findings and disposition of the Court. Therefore, plaintiff's claims against Defendants Pooley, Cooper, Moore, and Lynch are DISMISSED without prejudice. Plaintiff's claims against Defendant White County Detention Facility are DISMISSED with prejudice. Plaintiff's application to proceed *in forma pauperis* is DENIED as moot.

IT IS SO ORDERED this 16th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE